[No. 8225-3-III. Division Three. December 15, 1987.]

PEGGY JEAN DENNIS, ET AL, *Appellants,* v. DELA ROSA SANTIAGO, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 85-2-00476-1, Yancey Reser, J., entered October 27, 1986. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, A.C.J., and Munson, J.

[No. 8387-0-III. Division Three. December 15, 1987.]

MOUNTAIN MEADOWS MINING CORPORATION, *Appellant,* v. JOHN D. MACDOUGALL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 86-2-04254-1, Michael E. Donohue, J., entered January 15, 1987. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Thompson, J.

[No. 7915-5-III. Division Three. December 15, 1987.]

*In the Matter of the Marriage of* LILLIAN OAKES, *Respondent, and* FAY H. OAKES, *Appellant.*

Appeal from a judgment of the Superior Court for Lincoln County, No. 85-3-00124-3, Willard A. Zellmer, J., entered May 23, 1986. Reversed by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.